# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of Pennsylvania

Case Number: 02-3805

PLAINTIFF:
Metropolitan Regional Council of Philadelphia and Vicinity, United Brotherhood of Carpenters and Joiners of America

vs.

DEFENDANT:
R.M. King Construction Company, Inc.

For:
Richard J. Defortuna, Esquire
Jennings Sigmond
The Penn Mutual Towers, 16th Floor
510 Walnut Street
Philadelphia, PA 19106-3683

Received by TALONE & ASSOCIATES on the 25th day of June, 2002 at 11:46 am to be served on R.M. KING CONSTRUCTION COMPANY, Inc., 1535 Route 206, Tabernacle, NJ 08088.

I, GERALD TAYLOR, being duly sworn, depose and say that on the 26th day of June, 2002 at 1:30 pm, I:

SUBSTITUTE SERVED BY LEAVING A TRUE AND CORRECT COPY OF THIS Summons & Complaint AT THE WITHIN NAMED PERSON'S USUAL PLACE OF BUSINESS, TO A PERSON THEREIN WHO IS 18 YEARS OF AGE OR OLDER AND WAS IN CHARGE AT THE TIME, AND/OR AUTHORIZED TO ACCEPT, BEING: Marie Fonte, TITLE: Clerk - Authorized to Accept AND INFORMING SAID PERSON OF THE CONTENTS THEREOF.

Additional Information pertaining to this Service:
The recipient was cooperative and the telephone-number is 609-268-4444.

Description of Person Served: Age: 33, Sex: F, Race/Skin Color: Caucasian, Height: 6'2, Weight: 140, Hair: Brown, Glasses: N

I am over the age of 18 and have no interest in the above action.

NOTARIAL SEAL
MICHAEL D. TALONE, Notary Public
City of Philadelphia, Phila. County
My Commission Expires April 5, 2003

GERALD TAYLOR
Process Server

Subscribed and Sworn to before me on the 27th day of June, 2002 by the affiant who is personally known to me.

NOTARY PUBLIC

TALONE & ASSOCIATES
423 South 15th Street
Philadelphia, PA 19146-1637
(215) 546-6080

Our Job Serial Number: 2002001811

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5c