30
M. Kramer

```
 1  then somehow gets men, if you can explain
 2  that to me?
 3  A.        No, he is affiliated with a
 4  company.  You're dealing with a person who
 5  his company either installs dry wall or
 6  finishes dry wall.
 7  Q.        Do you supply tools to his men?
 8  A.        No.
 9  Q.        When RMK supplied tools to its
10  men, if that person was no longer going to
11  work for RMK, did you ask for the tools
12  back?
13  A.        We asked generally.  Sometimes we
14  get some of them back.
15  Q.        Did RMK have any tools, any of
16  these tools that you've described, at the
17  time that it stopped operating in its
18  possession?
19  A.        Yes.
20  Q.        And what became of those tools?
21  A.        I'm sure they were used again.
22  Q.        By whom?
23  A.        By myself, my partner, given out
24  to other people.
```

M. Kramer

```
 1   Q.         Did RMK have any trucks or cars?
 2   A.         Yes.
 3   Q.         Did it have any trucks?
 4   A.         Yes.
 5   Q.         What kind of trucks did it have?
 6   A.         A Ford van.  I believe, it was a
 7   1989.
 8   Q.         Okay.
 9   A.         And two pickup trucks.  I'm not
10   sure of the years at that time.
11   Q.         Were those trucks owned by RMK?
12   A.         Yes.
13   Q.         And were they owned by RMK at the
14   time that RMK ceased operations?
15   A.         Yes.
16   Q.         What's become of those vehicles?
17   A.         The Ford van still exists.  The
18   pickup trucks, there were two pickup
19   trucks.  They are long gone.
20   Q.         The Ford van, you said it still
21   exists?
22   A.         Yes.
23   Q.         Who owns it today?
24   A.         RM King Construction.
```

M. Kramer

1  Q.     Who is RM King Construction?
2  A.     It's a company I'm involved in.
3  Q.     Anybody else involved in it?
4  A.     Yes.
5  Q.     Who else?
6  A.     Robert Rickabaugh.
7  Q.     Where is that company located?
8         MS. WALL:  I'm going to object to
9  any questions about RM King
10 Construction.
11        MR. ROSENTHAL:  Your objection is
12 noted.  Are you telling him not to
13 answer?
14        MS. WALL:  Yeah, don't answer.
15        MR. ROSENTHAL:  What's the basis
16 for not answering?
17        MS. WALL:  This is an asset
18 deposition for RMK Construction, not RM
19 King Construction.
20        MR. ROSENTHAL:  And in an asset
21 deposition I'm searching for information
22 relating to assets of RMK that may have
23 been transferred.  If you are directing
24 him not to answer --

1      MS. WALL: You can ask if there
2  are assets.
3      MR. ROSENTHAL: -- in this
4  district, the only basis for directing a
5  witness not to answer a question is that
6  it's work product or that it's
7  privileged.
8      MS. WALL: You can give me a
9  lecture, if you want. You can do a
10 motion, if you want. But I'm telling
11 him not to answer.
12     MR. ROSENTHAL: We'll call the
13 judge.
14     MS. WALL: Go right ahead. But
15 if you want to ask him about assets that
16 were transferred from RMK to RM King
17 Construction, that's fine.
18     MR. ROSENTHAL: I'll reserve
19 that. We still may call the judge, but
20 we'll go on for now.
21     MS. WALL: Sure.
22 BY MR. ROSENTHAL:
23 Q.     Did RM King Construction pay RMK
24 for the Ford van?

```
 1   A.          No.
 2   Q.          RM King still owns that Ford van
 3   today?
 4   A.          Yes.
 5   Q.          Has the title been transferred?
 6   A.          Yes.
 7   Q.          But nothing was paid for it?
 8   A.          Well, to correct myself, I
 9   believe, we had to put down one dollar.
10   Q.          Was anything paid?
11   A.          Okay.  I believe, one dollar.
12   Q.          How much is the van worth?
13   A.          I don't know.  An '89 Ford van, I
14   would just be guessing.
15              MS. WALL:  Don't guess.
16   BY MR. ROSENTHAL:
17   Q.          The two pickup trucks, were they
18   in operation at the time that RMK ceased
19   operations?
20   A.          Yes.
21   Q.          What became of them?  At the
22   point in time when RMK ceased operations
23   what became of the pickup trucks?
24   A.          I'm not sure.
```

```
 1  Q.        Let me make it simple.
 2  A.        Okay.
 3  Q.        Did they get transferred to RM
 4  King?
 5  A.        Yes.  But I don't know if there
 6  was a title to them at that time or if we
 7  just took over loans.
 8  Q.        Who were the loans with?
 9  A.        I'm not sure.
10  Q.        Would you have documents relating
11  to the loans?
12  A.        I would think so, yes.
13  Q.        Would you have the titles to the
14  vehicles?
15  A.        No.
16  Q.        What's become of the vehicles
17  since?
18  A.        One pickup truck, I believe, was
19  sold outright or traded in.  And one pickup
20  -- I'm not sure.  They were probably
21  both --
22            MS. WALL:  If you don't know,
23  answer the question to the best of your
24  knowledge.  I don't want you guessing.
```

M. Kramer
36

```
 1            THE WITNESS:  I'm not sure if
 2   they were just traded in or -- that
 3   would be my best -- if I'm not guessing,
 4   I'm not sure.
 5   BY MR. ROSENTHAL:
 6   Q.        What would you need to review in
 7   order to be sure?
 8   A.        A document from the trucks that
 9   replaced them to see if there was a
10   trade-in would be one place I could look.
11   Q.        So there were trucks that
12   replaced these pickup trucks?
13   A.        Yes.
14   Q.        And who would have the documents
15   relating to the trucks that replaced them?
16   A.        I should have them.
17   Q.        "You" personally or "you" RM
18   King?
19   A.        Well, RM King has bought the
20   trucks, so RM King would have documents on
21   those trucks.
22   Q.        I would like all of the documents
23   relating to the trucks that RM King has.
24            Going back to the tools.  When
```

M. Kramer

1  you said some of them you would have used,
2  are any of those tools used by RM King the
3  tools that had been RMK's?
4  A.         Possibly the scaffolds.
5  Q.         So the scaffolds went from RMK to
6  RM King?
7  A.         Yes.
8  Q.         Did RM King pay RMK for the
9  scaffolds?
10 A.         No.
11 Q.         How about the other handtools
12 that you were talking about, the Hilti's,
13 did any of those go to RM King?
14 A.         Not likely.
15 Q.         When did RM King come into
16 existence or commence operations?
17 A.         I would have to look.
18 Q.         Was it in operation before RMK
19 ceased operations?
20 A.         I believe, it was.
21 Q.         It was conducting business before
22 RMK ceased operations?
23 A.         Yes, sir.
24 Q.         When RMK ceased operations, did

M. Kramer

1  today any other documents?
2  A.        I have some purchase orders or
3  contracts that Maria Fonte was able to find
4  for RMK Construction.  I was pretty sure
5  that was on the list.
6           MS. WALL:  It was number 14.
7           THE WITNESS:  14, purchase
8      orders, contracts.  I have a couple
9      contracts.
10 BY MR. ROSENTHAL:
11 Q.        Does RM King do the same kind of
12 work as RMK Construction?
13 A.        No.  We do similar types of work,
14 but we do more now of actually carpentry
15 work, framing and finished carpentry, more
16 carpentry oriented.
17 Q.        Does RM King work in
18 Pennsylvania?
19          MS. WALL:  I'm going to object.
20     Don't answer that.
21          MR. ROSENTHAL:  What's the basis
22     for the objection?
23          MS. WALL:  This is an asset
24     deposition for RMK Construction.

M. Kramer

```
 1       Construction Company.
 2  BY MR. ROSENTHAL:
 3  Q.        Isn't it true that RM King is
 4  located at the same address and works out
 5  of the same property as RMK?
 6            MS. WALL:  Don't answer that.
 7  BY MR. ROSENTHAL:
 8  Q.        Isn't it true that you're an
 9  officer of RM King?
10            MS. WALL:  He has already
11       answered that.
12  BY MR. ROSENTHAL:
13  Q.        Is Mr. Rickabaugh an officer of
14  RM King?
15            MS. WALL:  He has already
16       answered that as well.  He said the
17       officers were himself and
18       Mr. Rickabaugh.
19  BY MR. ROSENTHAL:
20  Q.        Does Miss Fonte work for RM King?
21            MS. WALL:  I'm going to object.
22       Don't answer that.
23  BY MR. ROSENTHAL:
24  Q.        Who are the shareholders of RM
```