1  then somehow gets men, if you can explain
2  that to me?
3  A.        No, he is affiliated with a
4  company. You're dealing with a person who
5  his company either installs dry wall or
6  finishes dry wall.
7  Q.        Do you supply tools to his men?
8  A.        No.
9  Q.        When RMK supplied tools to its
10 men, if that person was no longer going to
11 work for RMK, did you ask for the tools
12 back?
13 A.        We asked generally. Sometimes we
14 get some of them back.
15 Q.        Did RMK have any tools, any of
16 these tools that you've described, at the
17 time that it stopped operating in its
18 possession?
19 A.        Yes.
20 Q.        And what became of those tools?
21 A.        I'm sure they were used again.
22 Q.        By whom?
23 A.        By myself, my partner, given out
24 to other people.

M. Kramer                                                                   31

```
 1   Q.        Did RMK have any trucks or cars?
 2   A.        Yes.
 3   Q.        Did it have any trucks?
 4   A.        Yes.
 5   Q.        What kind of trucks did it have?
 6   A.        A Ford van.  I believe, it was a
 7   1989.
 8   Q.        Okay.
 9   A.        And two pickup trucks.  I'm not
10   sure of the years at that time.
11   Q.        Were those trucks owned by RMK?
12   A.        Yes.
13   Q.        And were they owned by RMK at the
14   time that RMK ceased operations?
15   A.        Yes.
16   Q.        What's become of those vehicles?
17   A.        The Ford van still exists.  The
18   pickup trucks, there were two pickup
19   trucks.  They are long gone.
20   Q.        The Ford van, you said it still
21   exists?
22   A.        Yes.
23   Q.        Who owns it today?
24   A.        RM King Construction.
```

M. Kramer

| | | |
|---|---|---|
| 1 | Q. | Who is RM King Construction? |
| 2 | A. | It's a company I'm involved in. |
| 3 | Q. | Anybody else involved in it? |
| 4 | A. | Yes. |
| 5 | Q. | Who else? |
| 6 | A. | Robert Rickabaugh. |
| 7 | Q. | Where is that company located? |
| 8 | | MS. WALL: I'm going to object to |
| 9 | | any questions about RM King |
| 10 | | Construction. |
| 11 | | MR. ROSENTHAL: Your objection is |
| 12 | | noted. Are you telling him not to |
| 13 | | answer? |
| 14 | | MS. WALL: Yeah, don't answer. |
| 15 | | MR. ROSENTHAL: What's the basis |
| 16 | | for not answering? |
| 17 | | MS. WALL: This is an asset |
| 18 | | deposition for RMK Construction, not RM |
| 19 | | King Construction. |
| 20 | | MR. ROSENTHAL: And in an asset |
| 21 | | deposition I'm searching for information |
| 22 | | relating to assets of RMK that may have |
| 23 | | been transferred. If you are directing |
| 24 | | him not to answer -- |

M. Kramer

1       MS. WALL:  You can ask if there
2   are assets.
3       MR. ROSENTHAL:  -- in this
4   district, the only basis for directing a
5   witness not to answer a question is that
6   it's work product or that it's
7   privileged.
8       MS. WALL:  You can give me a
9   lecture, if you want.  You can do a
10  motion, if you want.  But I'm telling
11  him not to answer.
12      MR. ROSENTHAL:  We'll call the
13  judge.
14      MS. WALL:  Go right ahead.  But
15  if you want to ask him about assets that
16  were transferred from RMK to RM King
17  Construction, that's fine.
18      MR. ROSENTHAL:  I'll reserve
19  that.  We still may call the judge, but
20  we'll go on for now.
21      MS. WALL:  Sure.
22  BY MR. ROSENTHAL:
23  Q.      Did RM King Construction pay RMK
24  for the Ford van?

```
 1  A.          No.
 2  Q.          RM King still owns that Ford van
 3  today?
 4  A.          Yes.
 5  Q.          Has the title been transferred?
 6  A.          Yes.
 7  Q.          But nothing was paid for it?
 8  A.          Well, to correct myself, I
 9  believe, we had to put down one dollar.
10  Q.          Was anything paid?
11  A.          Okay.  I believe, one dollar.
12  Q.          How much is the van worth?
13  A.          I don't know.  An '89 Ford van, I
14  would just be guessing.
15              MS. WALL:  Don't guess.
16  BY MR. ROSENTHAL:
17  Q.          The two pickup trucks, were they
18  in operation at the time that RMK ceased
19  operations?
20  A.          Yes.
21  Q.          What became of them?  At the
22  point in time when RMK ceased operations
23  what became of the pickup trucks?
24  A.          I'm not sure.
```

Case 2:02-cv-03805-JW   Document 4-4   Filed 08/07/02   Page 6 of 10

35
M. Kramer

```
 1  Q.         Let me make it simple.
 2  A.         Okay.
 3  Q.         Did they get transferred to RM
 4  King?
 5  A.         Yes.  But I don't know if there
 6  was a title to them at that time or if we
 7  just took over loans.
 8  Q.         Who were the loans with?
 9  A.         I'm not sure.
10  Q.         Would you have documents relating
11  to the loans?
12  A.         I would think so, yes.
13  Q.         Would you have the titles to the
14  vehicles?
15  A.         No.
16  Q.         What's become of the vehicles
17  since?
18  A.         One pickup truck, I believe, was
19  sold outright or traded in.  And one pickup
20  -- I'm not sure.  They were probably
21  both --
22             MS. WALL:  If you don't know,
23  answer the question to the best of your
24  knowledge.  I don't want you guessing.
```

Kaplan, Leaman and Wolfe
(215) 922-7112

M. Kramer

36

```
 1            THE WITNESS:  I'm not sure if
 2   they were just traded in or -- that
 3   would be my best -- if I'm not guessing,
 4   I'm not sure.
 5   BY MR. ROSENTHAL:
 6   Q.        What would you need to review in
 7   order to be sure?
 8   A.        A document from the trucks that
 9   replaced them to see if there was a
10   trade-in would be one place I could look.
11   Q.        So there were trucks that
12   replaced these pickup trucks?
13   A.        Yes.
14   Q.        And who would have the documents
15   relating to the trucks that replaced them?
16   A.        I should have them.
17   Q.        "You" personally or "you" RM
18   King?
19   A.        Well, RM King has bought the
20   trucks, so RM King would have documents on
21   those trucks.
22   Q.        I would like all of the documents
23   relating to the trucks that RM King has.
24            Going back to the tools.  When
```

M. Kramer
37

1  you said some of them you would have used,
2  are any of those tools used by RM King the
3  tools that had been RMK's?
4  A.        Possibly the scaffolds.
5  Q.        So the scaffolds went from RMK to
6  RM King?
7  A.        Yes.
8  Q.        Did RM King pay RMK for the
9  scaffolds?
10 A.        No.
11 Q.        How about the other handtools
12 that you were talking about, the Hilti's,
13 did any of those go to RM King?
14 A.        Not likely.
15 Q.        When did RM King come into
16 existence or commence operations?
17 A.        I would have to look.
18 Q.        Was it in operation before RMK
19 ceased operations?
20 A.        I believe, it was.
21 Q.        It was conducting business before
22 RMK ceased operations?
23 A.        Yes, sir.
24 Q.        When RMK ceased operations, did

```
 1  today any other documents?
 2  A.         I have some purchase orders or
 3  contracts that Maria Fonte was able to find
 4  for RMK Construction.  I was pretty sure
 5  that was on the list.
 6           MS. WALL:  It was number 14.
 7           THE WITNESS:  14, purchase
 8      orders, contracts.  I have a couple
 9      contracts.
10  BY MR. ROSENTHAL:
11  Q.         Does RM King do the same kind of
12  work as RMK Construction?
13  A.         No.  We do similar types of work,
14  but we do more now of actually carpentry
15  work, framing and finished carpentry, more
16  carpentry oriented.
17  Q.         Does RM King work in
18  Pennsylvania?
19           MS. WALL:  I'm going to object.
20      Don't answer that.
21           MR. ROSENTHAL:  What's the basis
22      for the objection?
23           MS. WALL:  This is an asset
24      deposition for RMK Construction.
```

M. Kramer

```
 1        Construction Company.
 2   BY MR. ROSENTHAL:
 3   Q.          Isn't it true that RM King is
 4   located at the same address and works out
 5   of the same property as RMK?
 6           MS. WALL:  Don't answer that.
 7   BY MR. ROSENTHAL:
 8   Q.          Isn't it true that you're an
 9   officer of RM King?
10           MS. WALL:  He has already
11      answered that.
12   BY MR. ROSENTHAL:
13   Q.          Is Mr. Rickabaugh an officer of
14   RM King?
15           MS. WALL:  He has already
16      answered that as well.  He said the
17      officers were himself and
18      Mr. Rickabaugh.
19   BY MR. ROSENTHAL:
20   Q.          Does Miss Fonte work for RM King?
21           MS. WALL:  I'm going to object.
22      Don't answer that.
23   BY MR. ROSENTHAL:
24   Q.          Who are the shareholders of RM
```