M. Kramer

1    King?

2    A.        Mark Kramer and Robert

3    Rickabaugh.

4    Q.        What percentage of the shares of

5    the stock do you own?

6    A.        50 percent.

7    Q.        What percentage of the shares of

8    stock does Mr. Rickabaugh own?

9    A.        50 percent.

10   Q.        Did you put money into RMK when

11   it started up?

12   A.        I'm sure we did.

13   Q.        I asked you if you did.

14   A.        Yes.

15   Q.        How much money did you put into

16   it?

17   A.        I don't remember.  It was 1987.

18   Q.        Do you draw a salary from RMK?

19   A.        Did we, yes.

20   Q.        What was your salary?

21   A.        $1,000 a week.

22   Q.        Does RMK owe you any money?

23   A.        I don't know how to answer that.

24   I'm liable for the balance of that debt.  I

M. Kramer

1  A.        Ever?  Before there was a Miss

2  Fonte there was a Florence Hadala.

3  Q.        How do you spell that?

4  A.        H-A-D-A-L-A.

5         MS. WALL:  Is that her

6     predecessor?

7         THE WITNESS:  Yes.  They were not

8     there at the same time.

9         MR. ROSENTHAL:  Okay.

10  BY MR. ROSENTHAL:

11  Q.        What exactly did you do for RMK?

12  A.        Well, a little bit of everything,

13  estimate; supervise; work with tools,

14  things all along those lines.  It could be

15  anything from day-to-day.

16  Q.        If there were problems with

17  employees, with, say, union problems or

18  other kind of disciplinary problems, would

19  that be something that you would handle?

20  A.        I don't know what you mean by,

21  "disciplinary problems."

22  Q.        Who did the hiring?

23  A.        It could be myself or my partner.

24  Q.        What were Mr. Rickabaugh's

55

M. Kramer

1  operating?

2  A.        Yes.

3  Q.        How long before?

4  A.        I'm not sure.  We would have to

5  look up the records.

6  Q.        A year before?

7  A.        No, I don't think so.  You would

8  have to, also, look up to find out when RMK

9  was not operating.

10  Q.        I believe, you said RMK ceased

11  operations some time in the first half of

12  1999?

13  A.        As far as actually doing the

14  work, but then the paperwork doesn't stop

15  for quite awhile.

16  Q.        So RMK actually did work some

17  time into the beginning part of 1999; is

18  that correct?

19  A.        Yes.

20  Q.        Was RM King operating at that

21  point in time?

22  A.        RM King, I believe, started

23  working, also, in '99.  I would have to

24  look up the records and see which months.

M. Kramer

1    they do it in Philadelphia, they have a

2    residential rate. At one point there was a

3    third rate for local tenant fit-up work.

4              Frank Spencer, who was head of

5    the residential local, said that we would

6    use their rates to do tenant fit-up in the

7    two or three county area where they really

8    weren't doing it at the residential rate to

9    do the tenant fit-up work. So this all

10   took a couple of years to reach an

11   agreement that that's what we're going to

12   do.

13             It had to be clear cut that we

14   weren't overlapping. We signed an

15   agreement with them, so we don't have the

16   same problems that we have in

17   Philadelphia. In their jurisdictions they

18   are using union men. RMK Construction was

19   never signed with the carpenters in New

20   Jersey. But RM King from its inception has

21   been signed with the carpenters union in

22   New Jersey.

23             This was the biggest reason not

24   to overlap. Anything from that date we had

58

M. Kramer

1   to start with union people, a hundred

2   percent union carpenters.  They didn't care

3   about the finishers.

4   Q.        So RM King started operating once

5   it signed that agreement with the New

6   Jersey carpenters?

7   A.        Right.

8   Q.        So it didn't operate before that?

9   A.        No.

10  Q.        RMK had to finish whatever --

11  A.        It finished up, yes.

12  Q.        If we have the collective

13  bargaining agreement with New Jersey, then

14  that's the date that RM King began

15  operating?

16  A.        It would be close.  Frank Spencer

17  said we're going to do this job as union

18  men.

19  Q.        So whether the agreement was the

20  day before, or a week after, or a week

21  before obviously it would be close?

22  A.        Yes.

23  Q.        So at that point in time RMK

24  stopped operating?

59.

M. Kramer

1    A.         Again, not exactly.  We had to

2    finish the work that was already started.

3    Q.         And you finished it as RMK?

4    A.         Yes.

5    Q.         Now, at that point in time when

6    you were still finishing work as RMK and

7    then RM King was starting up who employed

8    Miss Fonte, who was paying her wages?

9    A.         Honestly I can't tell you what

10   weeks RMK paid her and what weeks RM King

11   paid her.  I'm sure there are payroll

12   records when RMK stopped and RM King

13   stopped that you could see, but where RM

14   King stopped is a little --

15              MS. WALL:  You mean RMK?

16              MR. ROSENTHAL:  You mean RMK?

17              THE WITNESS:  RMK, I'm sorry.

18   BY MR. ROSENTHAL:

19   Q.         Did she ever get paid by both

20   companies?

21   A.         No.

22   Q.         So there's a distinct time period

23   when she begins to be paid by RM King?

24   A.         Yes.

64

M. Kramer

1   would that be you would be the

2   representative of the company that they

3   would deal with?

4   A.          Yes.

5   Q.          Was it you that would assign the

6   carpenters to the various jobs?  Who would

7   make the job assignments that you could go

8   here and you could go there?

9   A.          Again, it would be a similar

10  split.  And Robert Rickabaugh would

11  generally take care of sheet rockers and

12  tapers for residential type work; and I

13  would generally take care of guys more

14  inclined to do the commercial type stuff,

15  the metal studs, dry wall.

16  Q.          It's all dry wall?

17  A.          The commercial, there's more than

18  just -- in the commercial end the metal

19  studs somewhere in the past got tied in,

20  so.

21  Q.          Does RM King do this

22  residential --

23           MS. WALL:  I'm going to object.

24     Don't answer any questions about RM