UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| METROPOLITAN REGIONAL COUNCIL OF PHILADELPHIA AND VICINITY, UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA<br>           Plaintiff<br><br>v.<br><br>R.M. KING CONSTRUCTION COMPANY, INC.<br>           Defendant | CIVIL ACTION<br><br><br><br><br><br><br><br>NO. 02-CV-3805 |

STIPULATION FOR DISMISSAL

It is stipulated and agreed that this action be dismissed with prejudice pursuant to F.R.C.P. 41(a)(1)(ii).

FOR PLAINTIFF

By: _____
SANFORD G. ROSENTHAL
Jennings Sigmond, P.C.
510 Walnut Street
Suite 1600
Philadelphia, PA 19106
215-351-0611

FOR DEFENDANT

By: _____
SUSAN J. WALL
Steven A. Berkowitz & Associates, P.C.
One Greentree Centre
Suite 201
Marlton, NJ 08053
856-751-1860

APPROVED AND SO ORDERED:

_____
JAY C. WALDMAN                    J.

104005-1